FORM NO. 2 (LF002)

# United States Bankruptcy Court
## Western District of Tennessee

In re **Mary Boyd**  
Debtor(s)

Case No.  
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Mary Boyd** | S.S.# **xxx-xx-4374** |
| | (W) | S.S.# |
| ADDRESS: | **560 Murphy Lane** | |
| | **Whiteville, TN 38075** | |

PLAN PAYMENT: Debtor(s) to pay $ **425.00 monthly**  
PAYROLL DEDUCTION:      OR ( **X** ) DIRECT PAY  
BECAUSE:  
FIRST PAYMENT DATE:  

PLACE OF EMPLOYMENT:  
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **0.00** |
| | Child support arrearage amount | $ **-NONE-** |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**Citifinancial Mortgage** — Ongoing pmt. Begin  $ **DDA**  
Approx. arrearage          Interest      %   $

| SECURED CREDITORS;<br>(retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Gateway One Lending & Finance** | $ **12,500.00** | **5.00** % | $ **240.00** |
| **OneMain Financial** | $ **2,500.00** | **5.00** % | $ **50.00** |

UNSECURED CREDITORS:  Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

**\*Citifinancial Mortgage;**

\*Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or an avoided Secured Claim.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  **$2,400.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**  
 **-NONE-**:  
**Assumed Leases**  
 **-NONE-**:  
\*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.  
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:  
**C. Jerome Teel, Jr. 016310**  
**Teel & Maroney, PLC**  
**425 East Baltimore**  
**Jackson, TN 38301**  
**(731)424-3315 Fax:(731)424-3501 mf**